IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ADJURE BAYNARD,            *

    Plaintiff,               *

v.                      Case No.  7:22-CV-19(WLS)

                 *

ZACHERY REGISTER, et al.,

                 *

    Defendants.

                *

## J U D G M E N T

Pursuant to this Court's Order dated April 5, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of April, 2022.

                                              David W. Bunt, Clerk

                                              s/ S. B. DeCesare, Deputy Clerk